IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JOSEPH ALEXANDER, #70898, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:20-CV-30-ALB |
| | ) | |
| HOUSTON COUNTY JAIL, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This case is before the court on a Recommendation of the Magistrate Judge entered on January 17, 2020. (Doc. 5). There being no timely objections filed to the Recommendation, and upon an independent review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED that:

1. Plaintiff's claims against Defendant Houston County Jail are DISMISSED with prejudice prior to service of process under 28 U.S.C. § 1915A(b)(1);

2. Defendant Houston County Jail is TERMINATED as a party to this complaint.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment as to Defendant Houston County Jail pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and is referred to the United States Magistrate Judge for further proceedings.

**DONE** and **ORDERED** this 14th day of February 2020.

/s/ Andrew L. Brasher
ANDREW L. BRASHER
UNITED STATES DISTRICT JUDGE