IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JOSEPH ALEXANDER PITTS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:20-CV-30-RAH |
| ) | |
| COMMANDER BRAZIER, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

This case is before the Court on a Recommendation of the Magistrate Judge entered on July 22, 2020. (Doc. 24.) There being no timely objections filed to the Recommendation, and after an independent review of the file, the Recommendation is ADOPTED, and it is hereby

ORDERED that this case is DISMISSED without prejudice.

A Final Judgment will be entered separately.

DONE, this 12th day of August, 2020.

                                          /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE